IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) CIVIL ACTION NO.<br>)<br>) |
| Plaintiff, | )<br>) COMPLAINT |
| v. | ) JURY TRIAL DEMAND<br>) |
| MALLINCKRODT INC., | ) INJUNCTIVE RELIEF REQUESTED<br>) |
| and | ) 6-07-CV-1462-ORL-22KRS<br>) |
| TYCO HEALTHCARE GROUP LP<br>Defendants. | )<br>)<br>) |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of race, and to provide appropriate relief due to George H. Starks who was adversely affected by such practices. As stated with greater particularity in the paragraphs below, the United States Equal Employment Opportunity Commission (hereinafter the "EEOC" or "Commission") alleges that Defendants failed to promote George H. Starks because of his race, Black, to several Regional Operations Manager positions which became available in 2005.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706 (f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII") and

Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Middle District of Florida, Orlando Division.

## PARTIES

3. Plaintiff, the EEOC, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Mallinckrodt Inc. has continuously been a Delaware corporation, doing business in the State of Florida and the City of Orlando, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Tyco Healthcare Group LP has continuously been a Delaware corporation, doing business in the State of Florida and the City of Orlando, and has continuously had at least 15 employees.

6. At all relevant times, Defendant Mallinckrodt Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

7. At all relevant times, Defendant Tyco Healthcare Group LP has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

8. More than thirty days prior to the institution of this lawsuit, George H. Starks filed a charge with the Commission alleging violations of Title VII by Defendants. All conditions

precedent to the institution of this lawsuit have been fulfilled.

9.  Since at least April of 2005, Defendants have engaged in unlawful employment practices in violation of Section 703(a)(a) of Title VII, 42 U.S.C. § 2000e-2(a).

    a.  George H. Starks was hired on or about April 28, 2003 by the Defendants into the position of Pharmacy Manager for Defendants' Fort Lauderdale and Miami nuclear pharmacy locations.

    b.  About a year later, George H. Starks was given the additional responsibility of Pharmacy Manager for Defendants' Orlando nuclear pharmacy location.

    c.  George H. Starks simultaneously managed the Fort Lauderdale, Miami and Orlando nuclear pharmacy locations for a over a year.

    d.  Throughout his employment as Pharmacy Manager George H. Starks possessed all of the requisite qualifications to perform in the positions he held and performed his job in a competent manner.

    e.  Under George H. Starks' management, the Fort Lauderdale and Miami nuclear pharmacy locations' ranking went from #16 to #1 in fiscal year 2004, and the Orlando nuclear pharmacy location ranking went from #13 to #1 in fiscal year 2005.

    f.  On or about April 2005, three Regional Operations Manager positions became available in the Southeast, Northeast and Central regions.

    g.  The Regional Operations Manager ("ROM") position is the position directly above the Pharmacy Manager position which George H. Starks held throughout his tenure with Defendants.

    h.    On or about April 2005, George H. Starks applied for the Southeast ROM position.

    i.    Under the Defendants' application and promotion process, when George H. Starks applied for the Southeast ROM position he immediately became a candidate for the two other vacant ROM positions in the Northeast and Central region.

    j.    Despite George H. Starks' superior qualifications and tenure with the Defendants which had demonstrated Mr. Starks' abilities and requisite skills to perform the ROM position, Defendants did not select Mr. Starks for any of the three available positions.

    k.    Instead, less qualified non-Black applicants were selected for each of the three positions.

10.    The effect of the unlawful employment practices complained of above has been to deprive George H. Starks of equal employment opportunities, and otherwise has adversely affected his status as an employee because of his race.

11.    The unlawful employment practices complained of above were intentional.

12.    The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of George H. Starks.

PRAYER FOR RELIEF

Wherefore, the Commission requests that this Court:

A.    Grant a permanent injunction enjoining Defendants, their officers, successors, assigns and all persons in active concert or participation with them, from engaging in racial discrimination

in their promotion policies, practices and procedures, and any other employment practice which discriminates on the basis of race.

  B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for Blacks, and which eradicate the effects of their past and present unlawful employment practices.

  C. Order Defendants to make whole George H. Starks by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to, reinstatement, rightful-place hiring, and front pay.

  D. Order Defendants to make whole George H. Starks by providing compensation for past and future pecuniary losses resulting from the employment practices described in paragraphs nine through twelve above, including but not limited to, out-of-pocket losses, medical expenses and job search expenses, in amounts to be determined at trial.

  E. Order Defendants to make whole George H. Starks by providing compensation for past and future nonpecuniary losses resulting from the employment practices described in paragraphs nine through twelve above, including but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  F. Order Defendants to pay George H. Starks punitive damages for their malicious and reckless conduct described in paragraphs nine through twelve above, in an amount to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

H.	Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

        Respectfully Submitted,

        RONALD S. COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        NORA E. CURTIN
        Regional Attorney


        s/Carla J. Von Greiff
        CARLA J. VON GREIFF
        Senior Trial Attorney
        Florida Bar No. 0110566
        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        501 East Polk Street
        Suite 1000
        Tampa, Florida 33602
        Tel. (813) 228-2310 (general)
        Tel. (813) 202-7903 (direct)
        Fax (813) 228-2045

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DEFENDANTS
MALLINCKRODT, INC., and TYCO HEALTHCARE GROUP LP

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  ST. LOUIS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Carla von Greiff, Esq., EEOC, Tampa Field Office, Timberlake Federal Bldg, 10th Floor, 501 E. Polk Street, Tampa, FL 33602

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | [X] 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of the Civil Rights Act of 1964, as amended and Title I of the Civil Rights Act of 1991.

Brief description of cause:
Failure to promote due to race black.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____   DOCKET NUMBER _____

DATE 9/6/07

SIGNATURE OF ATTORNEY OF RECORD
Carla Van Greiff   (813) 202-7903

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____